ISLAND ACRES, INC. Appellant,

v.

Anthony P. OLIVE, Director of Virgin Islands Bureau of Internal Revenue, and Government of the Virgin Islands Appellees.

No. 89–3182.

United States Court of Appeals, Third Circuit.

Argued Dec. 6, 1989.

Decided Jan. 12, 1990.

Gustav A. Danielson (argued), Charlotte Amalie, St. Thomas U.S. V.I., for appellant.

Godfrey R. de Castro, Atty. Gen., Rosalie Simmonds Ballentine, Sol. Gen., Joanne E. Bozzuto (argued), Asst. Atty. Gen. (Tax), Government of the Virgin Islands, Dept. of Justice, St. Thomas, V.I., for appellees.

Before GIBBONS, Chief Judge, and MANSMANN and NYGAARD, Circuit Judges.

OPINION OF THE COURT

PER CURIAM.

Island Acres, Inc., a Virgin Islands inhabitant foreign corporation appeals from a judgment affirming deficiencies in income tax for the year ending November 30, 1981 and a penalty for intentionally disregarding Revenue Ruling 80–40. The legal issues presented are discussed in the opinion filed in *Business Ventures International, Inc. v. Olive*, 893 F.2d 641 (3d Cir.1990). For the reasons set forth therein, the judgment appealed from will be affirmed.